UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 25 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> SCUDERIA DEVELOPMENT, LLC; et al., <br><br> Defendants-Appellants. | No. 22-50080 <br><br> D.C. Nos. <br> 2:19-cr-00282-RGK-7 <br> 2:19-cr-00282-RGK-8 <br> 2:19-cr-00282-RGK-9 <br> 2:19-cr-00282-RGK-10 <br> Central District of California, <br> Los Angeles <br><br> ORDER |
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> PERFECTUS ALUMINIUM INC, AKA Perfectus Aluminium Inc, <br><br> Defendant-Appellant. | No. 22-50081 <br><br> D.C. No. <br> 2:19-cr-00282-RGK-5 |
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> PERFECTUS ALUMINUM ACQUISITIONS, LLC, <br><br> Defendant-Appellant. | No. 22-50082 <br><br> D.C. No. <br> 2:19-cr-00282-RGK-6 |

OSA107

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50103 |
| Plaintiff-Appellant, | D.C. Nos. |
| v. | 2:19-cr-00282-RGK-4 |
| | 2:19-cr-00282-RGK-5 |
| ZHONGTIAN LIU, AKA Big Boss, AKA Chairman, AKA UL, AKA Uncle Liu, AKA Liu Zhongtian; et al., | 2:19-cr-00282-RGK-6 |
| | 2:19-cr-00282-RGK-7 |
| | 2:19-cr-00282-RGK-8 |
| | 2:19-cr-00282-RGK-9 |
| Defendants, | 2:19-cr-00282-RGK-10 |
| | 2:19-cr-00282-RGK |
| and | |
| PERFECTUS ALUMINIUM INC; et al., | |
| Defendants-Appellees. | |

Defendants' unopposed motion (Docket Entry No. 32) for an extension of time to file the third brief on cross-appeal is granted.

The third brief on cross-appeal is due January 4, 2024. Due to the length of the extension granted, the court is not inclined to grant further motions for an extension of time to file third brief on cross-appeal absent extraordinary and compelling circumstances.

The optional cross-appeal reply brief is due within 21 days after service of the third brief on cross-appeal.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT